# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  **ANDREW O. OLSON** | MISC. BUSINESS DOCKET<br>No.: 16-mc-91141-PBS |

## ORDER OF TERM SUSPENSION

WHEREAS, on June 7, 2016, an Order of Immediate Temporary Suspension with respect to **ANDREW O. OLSON** was issued by Chief Judge Patti B. Saris.

1. WHEREAS, on December 12, 2016, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Term Suspension with respect to **ANDREW O. OLSON**;

2. WHEREAS, pursuant to Local Rule 83.6.9(b), a "Notice of Filing of Disciplinary Action" and an "Order to Show Cause" were filed in this Court on December 30, 2016. In addition, a copy of the notice and order (along with a copy of our Local Rule) were sent via certified mail, return receipt requested to the address on file with this court.

3. WHEREAS, on January 3, 2017, the certified mail package was signed for and delivered;

4. WHEREAS, **ANDREW O. OLSON** has failed to object or otherwise respond within twenty-eight (28) days.

WHEREFORE, pursuant to Local Rule 83.6.9(c), this Court hereby imposes the identical discipline, and **ANDREW O. OLSON** is hereby Suspended from the practice of law before this court until further notice.

1/30/17
_____
Date

_____
Patti B. Saris, Chief Judge